# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2943
LT Case No. 2023-012547-PRDL

_____

FOX JOSEPH SALERNO,

    Appellant,

    v.

ESTATE OF JOHN SANTORO
SALERNO, MARSHA GAY
SALERNO, SANDY WILLIAMS,
LINDA L. GAUSTAD, MANDY
EVANS, and DANIEL WILLIAM
HILL,

    Appellees.

_____

On appeal from the Circuit Court for Volusia County.
Randell H. Rowe, III, Judge.

Fox Joseph Salerno, Sterling, CO, pro se.

Daniel W. Hill, Orange City, pro se.

No Appearance for Other Appellees.

February 19, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and LAMBERT and KILBANE, JJ., concur.

––––––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––––––